**Order entered December 2, 2016**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01293-CV

### IN THE INTEREST OF M.J.P., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30044-2015**

## ORDER

In this accelerated appeal, the Court has before it appellant Lawrence Richard Parker, Jr.'s December 1, 2016 "Unopposed First Motion for Extension of Time to File Appellant's Brief." Appellant's brief was due to be filed on December 1, 2016, and he requests a thirty-six day extension of time to file his brief.

We **GRANT** appellant's motion **IN PART**. We **ORDER** appellant to file his brief within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE